IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR3115 |
| V. | ) | |
| LUCIO RAMIREZ-HUMILDAD, | ) | ORDER |
| Defendant. | ) | |

On the plaintiff's oral motion, and over the objection of the defendant,

IT IS ORDERED that the defendant's sentencing is rescheduled to Thursday, October 27, 2011, at 12:00 noon, before the undersigned United States district judge, Courtroom No. 1, 5th Floor, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 9th day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge